IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **99-cv-2077-JLK**

**MARK E. SHEPHERD,**

    Plaintiff,

v.

**UNITED STATES OLYMPIC COMMITTEE, a corporation,**

    Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Plaintiffs' Motion for Combined Oral Argument or Ruling (doc. #172), filed June 27, 2005, is **GRANTED** in part. Oral Argument is scheduled for **September 21, 2005 at 1:30 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street. Argument will be limited to the athlete issues common to this case and 03-cv-1364-JLK.

Dated: August 17, 2005