IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 99-cv-02077-JLK

MARK E. SHEPHERD, SR.,

                          Plaintiff,

v.

UNITED STATES OLYMPIC COMMITTEE,

                          Defendant.

## ORDER GRANTING PLAINTIFFS' MOTION TO SUBSTITUTE MOTION FOR RULING

THIS MATTER came before the Court on Plaintiffs' Motion to Substitute Motion for Ruling. The Court, having duly considered Plaintiffs' motion, hereby GRANTS the motion and ORDERS that Plaintiffs' Motion for Ruling, filed June 9, 2006, be substituted for the Motion for Ruling filed June 5, 2006.

Dated this 13th day of June , 2006, at Denver, Colorado.

                                        BY THE COURT:

                                        S/John L. Kane
                                        John L. Kane
                                        Senior United States District Judge