UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 99-cv-2077-JLK

MARK E. SHEPHERD, Sr.,

    Plaintiff,

v.

UNITED STATES OLYMPIC COMMITTEE,
a Corporation,

    Defendant.

---

**ORDER**

---

THE COURT, having reviewed the Stipulation for Dismissal with Prejudice, and being fully advised on the premises and for good cause shown:

HEREBY ORDERS that the complaint be dismissed with prejudice, each party to bear his or its attorneys fees and costs.

DATED this 10 day of January, 2008.

BY THE COURT:

*[signature]*
United States District Court Judge